# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAMON T. DORRIS, | ) | Case No. 16-40251 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Kathy A. Surratt-States |
| DANIEL J. CASAMATTA, | ) | |
| ACTING UNITED STATES TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Case No. 16-4025 |
| v. | ) | |
| CRITIQUE SERVICES, L.L.C., | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BEVERLY HOLMES DILTZ, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RENEE MAYWEATHER, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Critique Services, LLC and Beverly Holmes Diltz appeal, under 28 U.S.C. §158(a) to the United States District Court the Order Denying Motion to Approve Settlement (Doc. 51) in case of Daniel J. Casamatta, Trustee, vs. Critique Services, LLC, et al., case no. 16-4025.

The names of all parties to the Orders appealed from and the names, address and telephone numbers of their respective attorneys are:

Daniel J. Casamatta – Adam Eric Miller
Plaintiff             Office of the United States Trustee
                      400 E. 9th St., Ste. 3440
                      Kansas City, MO 64106
                      816-512-1940
                      Fax : 816-512-1967
                      Email: adam.e.miller@usdoj.gov


Beverly Holmes Diltz – Laurence D. Mass
     **and**         230 S Bemiston Ave, Suite 1200
Critique Services     – Clayton, MO 63105
                      314-862-3333 x 20
                      Email: laurencedmass@att.net


Renee Mayweather – *Pro Se*
3919 Washington Blvd.
St. Louis, MO 63108


        Respectfully submitted,
        Attorney for Critique Services, LLC and
           Beverly Holmes-Diltz

        /s/  Laurence D. Mass
        Laurence D. Mass            #30977MO
        230 South Bemiston, Suite 1200
        St. Louis, Missouri  63105
        Phn:   (314) 862-3333, Ext. 20
        Fax:    (314) 862-0605
        Email: laurencedmass@att.net


### CERTIFICATE OF SERVICE

     By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

        By: /s/  Laurence D. Mass